**CZARNIKOW RIONDA COMPANY, Compania Cubana, and William R. Pinner and Manuel Luzunaris, Copartners Doing Business under the Firm Name and Style of Pinner, Luzunaris Company, Libelants-Appellees, v. ELLERMAN & BUCKNALL STEAMSHIP CO., Ltd., Ellerman Lines, Ltd., Hall Line, Ltd., Norton, Killy & Co., Manhattan Lighterage Corporation, and The Lighter Bowling Green, Respondents-Appellees; Manhattan Lighterage Corporation, Claimant-Appellee; Standard Vacuum Transportation Company and The Lighter Socony No. 175, Respondent and Claimant-Impleaded Appellant; Flower Lighterage Co., Inc., Respondent-Impleaded-Appellee.**

No. 234.

Circuit Court of Appeals, Second Circuit.

March 2, 1936.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for appellants Standard-Vacuum Transp. Co. and the lighter Socony No. 175.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Richard F. Shaw, both of New York City, of counsel), for libelants.

Purdy & Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellees Manhattan Lighterage Corp. and Flower Lighterage Co., Inc.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (L. De Grove Potter and Wm. H. Postner, both of New York City, of counsel), for re-

spondents Ellerman & Bucknall S. S. Co., Ltd., and Norton, Lilly & Co.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (11 F.Supp. 109) affirmed.